IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

        Plaintiff,

v.

**UNITED AIRLINES, INC., d/b/a UNITED BIZ JET HOLDINGS, BIZ JET CHARTERS, INC. and BIZ JET SERVICES, INC.; and JONATHAN ROSS**,

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Motion to Withdraw as Attorney for Plaintiff (doc. #73), filed May 24, 2007, is DENIED for failure to comply with D.C.COLO.LCivR 7.1A.

Dated:  May 24, 2007