IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

        Plaintiff,

v.

**UNITED AIRLINES, INC., d/b/a UNITED BIZ JET HOLDINGS, BIZ JET CHARTERS, INC. and BIZ JET SERVICES, INC.; and JONATHAN ROSS**,

        Defendants.

## ORDER

Kane, J.

The Motion to Withdraw as Attorney for Plaintiff (doc. #75), filed May 25, 2007, is GRANTED. It is

ORDERED that Richard O. Schroeder is permitted to withdraw as counsel for GLN Compliance Group, Inc. as of the date of this Order. Mr. Schroeder shall immediately notify Plaintiff GLN Compliance Group, Inc. as to the date of his withdrawal. All pleadings, notices, and other papers in this matter may be served on:

    Gerald Naekel
    GLN Compliance Group, Inc.
    12835 E Arapahoe Rd Ste 1-600
    Centennial CO  80112-6726
    Telephone:  303.925.1491

Dated this 25th day of May, 2007.

                      BY THE COURT:

                      *S/John L. Kane*
                      Senior Judge, United States District Court