IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

        Plaintiff,

v.

**UNITED AIRLINES, INC., d/b/a UNITED BIZ JET HOLDINGS, BIZ JET CHARTERS, INC. and BIZ JET SERVICES, INC.; and JONATHAN ROSS**,

        Defendants.

**ORDER**

Kane, J.

This matter is before me on Plaintiff GLN's Renewed Motion to Lift Stay (Doc. 79). GLN's claims against United (d/b/a Bizjet) and Jonathan Ross have been administratively stayed for nearly five years in the wake of United's Illinois bankruptcy filing. I previously denied a similar Motion in October 2005. Having reviewed GLN's request and considered fully the parties' briefs and legal authority cited therein, I agree the time has come to lift, the stay, sever the claims and allow GLN to proceed, in Colorado, on its claims against Defendant Ross.

For the reasons set forth in the parties' briefs, and in particular in GLN's Combined Reply in Support of its Renewed Motion to Lift Stay (Doc. 86), I GRANT the Renewed Motion to Lift Stay (Doc. 79), and ORDER that (1) GLN's claims against Ross shall proceed in this Court and (2) GLN's claims against United are DISMISSED. Ross's request that GLN's claims be transferred to the bankruptcy court (*see* Response (Doc. 83)

at pp. 3-5) is DENIED.

With regard to GLN's claims against Defendant Ross, no motion for default judgment will be entertained at this time.  Ross shall have to November 1, 2007, in which to file his Answer to GLN's Complaint.  The matter will be set for a status/scheduling conference thereafter.

Dated this 16th day of October, 2007.

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE