**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 01-cv-2313-JLK

GLN COMPLIANCE, INC.,

    Plaintiff,

v.

UNITED AIRLINES, INC., d/b/a UNITED BIZJET HOLDINGS, BIZJET CHARTERS, INC. and BIZJET SERVICES, INC.; and JONATHAN ROSS,

    Defendants.

---

**ORDER GRANTING MOTION TO TRANSFER COUNTERCLAIM TO NORTHERN DISTRICT OF ILLINOIS**

---

THIS MATTER is before the Court on the Motion to Transfer Counterclaim to Northern District of Illinois (Docket No. 108), filed March 17, 2008. Upon review of the Motion and the file, the Court finds that sufficient grounds exist for granting the relief requested. Accordingly,

IT IS ORDERED that United Airlines, Inc.'s Counterclaim is transferred to the District Court for the Northern District of Illinois, for reference to the Bankruptcy Court.

DATED: March 18, 2008

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          United States District Court Judge