IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action No. 01-cv-02313-JLK-CBS

**GLN COMPLIANCE GROUP, INC.,**

    Plaintiff,

v.

**UNITED AIRLINES, INC., d/b/a UNITED BIZJET HOLDINGS, BIZJET CHARTERS, INC., AND BIZJET SERVICES, INC., and JONATHAN ROSS**

    Defendants,

v.

**GERALD NAEKEL,**

    Third- Party Defendant.

---

## ORDER

---

Upon consideration of the Motion to Withdraw as Attorneys for GLN Compliance Group, Inc. and Gerald Naekel, filed by Elizabeth A. Starrs and Daniel A. Wartell of the law firm Starrs Mihm & Caschette LLP, and the Court being fully advised and satisfied that all requirements for withdrawal have been met;

1

IT IS HEREBY ORDERED that Elizabeth A. Starrs and Daniel A. Wartell are permitted to withdraw as attorneys of record for GLN Compliance Group, Inc. and Gerald Naekel, effective as of the date of this Order.

DATED this  14th  of June ~~August~~ , 2008.

*John L. Kane*
The Honorable John L. Kane
United States District Court