IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

    Plaintiff,

v.

**UNITED AIRLINES, INC., d/b/a UNITED BIZ JET HOLDINGS, BIZ JET CHARTERS, INC. and BIZ JET SERVICES, INC.; and JONATHAN ROSS**,

    Defendants

v.

**GERALD NAEKEL,**

    Third-Party Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw of David W. Krivit as Counsel for GLN Compliance, Inc. and Gerald Naekel (doc. #147), filed March 18, 2009, is GRANTED. David W. Krivit is withdrawn as counsel of record for GLN Compliance, Inc. and Gerald Naekel.

Dated: March 18, 2009