IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

      Plaintiff,

v.

**UNITED AIRLINES, INC., d/b/a UNITED BIZ JET HOLDINGS, BIZ JET CHARTERS, INC. and BIZ JET SERVICES, INC.; and JONATHAN ROSS**,

      Defendants

v.

**GERALD NAEKEL,**

      Third-Party Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Withdraw Motion to Exclude Expert Testimony (doc. #155), filed June 24, 2009, is GRANTED. The Motion to Exclude Expert Testimony (doc. #152) is deemed withdrawn.

Dated: June 24, 2009