IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

       Plaintiff /Counter Defendant,

v.

**JONATHAN ROSS**,

       Defendant/Third Party Plaintiff /Counter Claimant,

v.

**GERALD NAEKEL,**

       Third-Party Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Motion to Reinstate Motion to Exclude Expert Testimony (doc. #168), filed November 7, 2009, is **GRANTED**. The Motion to Exclude Expert Testimony (doc. #152), is reinstated. GLN and Naekel shall respond to the Motion to Exclude Expert Testimony on or before November 30, 2009; Ross shall reply on or before December 14, 2009

Dated: November 13, 2009