IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: February 3, 2010                    Deputy Clerk: LaDonne Bush
                                          Court Reporter: Janet Coppock

---

Civil Action No. 01-cv-02313-JLK

GLN COMPLIANCE, INC.,                     John F. Winston

    Plaintiff/Counter Defendant,

v.

JONATHAN ROSS,                            Michael Poindexter

    Defendant/Counter Claimant/
    Third-Party Plaintiff,

v.

GERALD NAEKEL,                            John F. Winston

    Third-Party Defendant.

---

## COURTROOM MINUTES

Final Pretrial Conference

10:10 a.m.    Court in session.

Court's comments regarding status and pretrial order.

**ORDERED**: Revised pretrial order shall be submitted the first morning of trial, February 8, 2010.

Discussion regarding exhibits.

**ORDERED**: Motion to Exclude Expert Testimony (Doc. 152) is granted in part and denied in part. Robert A. Resling may testify to FAA matters, but not to damages.

Discussion regarding choice of law issue.

Discussion regarding depositions.  Court will read the deposition of Tom Davis.

Court explains trial schedule.

Exhibits will be paper exhibits and not displayed electronically.

Further discussion regarding exhibits.

10:47 a.m.    Court in recess.

Hearing concluded.
Time: 00:37