IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-2313-JLK**

**GLN COMPLIANCE, INC.**,

       Plaintiff /Counter Defendant,

v.

**JONATHAN ROSS**,

       Defendant/Third Party Plaintiff /Counter Claimant,

v.

**GERALD NAEKEL,**

       Third-Party Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

       The Unopposed Motion for Correction of the Record (doc. #193), filed February 17, 2010, is GRANTED.  The record shall be corrected as set forth in the motion.

---

Dated:  February 17, 2010